AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

YOUNG MI KIM
DOB:   05/10/1955
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
DEC 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-656M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 11, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a United States Passport and a United States Certificate of Naturalization, knowing said documents to be altered.

in violation of Title __18__ United States Code, Section(s) __1546(a)__.

I further state that I am __SPECIAL AGENT MICHAEL A. H. MAUGHAN__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

X _____
Signature of Complainant
S/A MICHAEL A. H. MAUGHAN
UNITED STATES DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

Date  DEC 12 2005   at   Washington, D.C.
                              City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer          Signature of Judicial Officer