AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Michael A.H. Maughan, having been duly sworn, hereby depose and say:

1. I am employed as a Special Agent with the United States Department of State, Diplomatic Security Service and am assigned to the Washington Field Office in Dunn Loring, Virginia. I have been employed with the Department of State for three years. I possess a Bachelor of Science in Engineering from Tulane University. I am a graduate of the Diplomatic Security Training Center in Washington, DC and the Criminal Investigator's Training Program at the Federal Law Enforcement Training Center in Glynco, GA.

2. My duties as a special agent involve enforcing certain federal laws, including those pertaining to passport and visa fraud.

3. This affidavit is submitted in support of an arrest warrant for YONG MI KIM, aka Yong S. Strachan for violations of Title 18 United States Code, Section 1546. I make the following statements based on information obtained through personal observation, statements of witnesses, information supplied to me by other law enforcement officers, and information obtained through the use of law enforcement computerized databases.

4. This affidavit contains information necessary to support probable cause for this criminal complaint, arrest warrant, and search warrant. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. On 11/11/2005, the Washington DC Metropolitan Police conducted an undercover operation on 521 G Street , NW in the District of Columbia on a suspected brothel. During the operation, two individuals were arrested for soliciting for prostitution and one was arrested fro operation a business without a license. DSS agents Michael Maughan and Russell Adams were present in the case that passport, visa, or other document fraud was discovered.

6. During the identification process, YONG KIM stated that she was the on-site manager and presented a US PPT #015913268 and a US naturalization certificate #11429815 as proof of identification. The naturalization certificate appeared to have an altered date of birth from 5/10/1955 to 5/10/1965 and the passport appeared to have an altered date of birth from 05/10/1955 to 05/10/1965 and additional mutilations on the middle, given, and surname sections. Both documents were seized by DSS for further analysis.

7. The documents were delivered to the Immigration and Customs Enforcement Forensics Document Laboratory for analysis. According to the analyst, the naturalization certificate clearly had an altered date of birth. The certificate otherwise appears to have been issued validly. Analysis also confirmed that the date of birth and middle name on the passport appeared to have been altered or attempted to alter.

8. A review of the criminal databases reveals that YONG KIM was arrested on 02/01/1995 by Arlington police for obstruction of police. During processing, YONG KIM provided identifying documents listing her date of birth as 05/27/1960.

9.  Investigation by your affiant has disclosed that YONG KIM has used several Social Security Numbers and has used the birthday 5/10/55 in at least one application for a Social Security card.

   Wherefore, I respectfully request that a warrant be issued for the arrest of YONG MI KIM.

   FURTHER YOUR AFFIANT SAITH NOT.

_____
Michael Maughan
Special Agent
U.S. Department of State
Diplomatic Security Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS _____
OF_____, 2005.