UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-656M |
| | : | |
| v. | : | |
| | : | |
| YONG KIM | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Alexander P. Shawe, Bar Number 472492, telephone number (202) 514-9519 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Alexander P. Shawe
ASSISTANT UNITED STATES ATTORNEY
Bar No. 472492
555 4th Street, N.W., Room 4239
Washington, DC 20530
(202) 514-9519